**Appeal dismissed and Memorandum Opinion filed June 1, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00269-CR

---

**ALFREDO MARTIN DELOSSANTOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 80772-CR**

---

## M E M O R A N D U M    O P I N I O N

Appellant entered a plea of true on a motion to adjudicate guilt for the offense of evading arrest. Appellant and the State agreed that appellant's punishment upon adjudication of guilt would not exceed confinement in prison for more than two years. In accordance with the terms of this plea bargain agreement with the State, the trial court sentenced appellant to confinement for two years in the Institutional Division of the Texas Department of Criminal Justice. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in

which the court certified that this is a plea bargain case and the defendant has no right of appeal, indicating we have no jurisdiction over the appeal. *See* Tex. R. App. P. 25.2(a)(2). An agreement that places a cap on punishment is a plea bargain for purposes of Texas Rule of Appellate Procedure 25.2(a)(2). *Shankle v. State*, 119 S.W.3d 808, 813 (Tex. Crim. App. 2003); *Waters v. State*, 124 S.W.3d 825, 826–27 (Tex. App.—Houston [14th Dist.] 2003, pet. ref'd) (holding reviewing court lacked jurisdiction where defendant pled guilty with a sentencing cap of ten years, even though trial judge mistakenly certified defendant had right of appeal); *Threadgill v. State*, 120 S.W.3d 871, 872 (Tex. App.—Houston [1st Dist.] 2003, no. pet.) (holding statement in record indicating that there was no agreed recommendation did not convert proceeding into an open plea where plea was entered pursuant to agreed sentencing cap).

Because appellant's plea was made pursuant to a plea bargain, he may appeal only matters raised by a written pre-trial motion or with the trial court's permission. *See* Tex. R. App. P. 25.2(a)(2). The record does not contain any pre-trial rulings.

Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).